# United States Court of Appeals
## For the First Circuit

---

No. 07-1475, 07-1477

UNITED STATES OF AMERICA,

Appellee/Cross-Appellant,

v.

NADINE J. GRIFFIN,

Defendant, Appellant/Cross-Appellee.

---

**ERRATA SHEET**

The opinion of this Court issued on April 18, 2008 is amended as follows:

Page 11, line 23:  Please replace, "indifference" with "ignorance."